UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEWART ROSENWASSER, and<br>MOUT'Z SOUDANI,<br>  a/k/a "Marty,"<br>  a/k/a "Martin,"<br>  a/k/a "Senior,"<br><br>                    Defendants. | ~~SEALED~~ **UNSEALING ORDER**<br><br>24 Cr. 555 (___) |

Upon application of the United States of America, by and through Assistant United States Attorney Jared Hoffman, it is hereby ORDERED that Indictment 24 Cr. 555 (___), which was filed under seal on September 23, 2024, be unsealed.

**SO ORDERED.**

Dated:   White Plains, New York
         September 24, 2024

*[signature]*
THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK