

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 1, 2024

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

     **Re:**   ***United States v. Stewart Rosenwasser*, 24 Cr. 555 (CS)**

Dear Judge Seibel:

     Please find attached a *nolle prosequi* application in the above-captioned matter.  As set forth in the application, Stewart Rosenwasser died on or about September 24, 2024, while the case was pending.  The Government respectfully requests that the Court enter the proposed *nolle prosequi*, which will dispose of the case against Rosenwasser in its entirety.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

By:      /s/
     Catherine Ghosh
     Jane Kim
     Jared Hoffman
     Assistant United States Attorneys
     Southern District of New York
     Tel. 212-637-1114 / 2023
        914-993-1928