UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
UNITED STATES OF AMERICA                                   :     NOLLE PROSEQUI
                                                           :
            -v.-                                           :     24 Cr. 555 (CS)
                                                           :
STEWART ROSENWASSER,                                       :
                                                           :
                    Defendant.                             :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

      1.      The filing of this *nolle prosequi* will dispose of this case with respect to STEWART ROSENWASSER, the defendant, in its entirety.

      2.      On September 23, 2024, Indictment 24 Cr. 555 (CS) (the "Indictment") was returned by a Grand Jury charging STEWART ROSENWASSER, the defendant, with conspiracy to commit bribery, in violation of 18 U.S.C. § 371; bribery, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2; conspiracy to commit honest services wire fraud, in violation of 18 U.S.C. § 1349; honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2; extortion under color of official right, in violation of 18 U.S.C. § 1951; and false statements, in violation of 18 U.S.C. § 1001(a)(2).

      4.      On or about September 24, 2024, while the case was still pending, STEWART ROSENWASSER, the defendant, died.

      5.      Because the defendant died while this case was pending, and therefore before a final judgment was issued, we respectfully request that an order of *nolle prosequi* be filed as to defendant STEWART ROSENWASSER with respect to the Indictment. *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

6. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to STEWART ROSENWASSER, the defendant.

Dated: New York, New York
      September 30, 2024

_____
CATHERINE GHOSH
Assistant United States Attorney
(212) 637-1114

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to STEWART ROSENWASSER, the defendant, with respect to Indictment 24 Cr. 555 (CS).

Dated: New York, New York
      October 1, 2024

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

SO ORDERED:

Dated: White Plains, New York
      October ___, 2024

_____
HONORABLE CATHY SEIBEL
United States District Judge
Southern District of New York